IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FLORIDA WILDLIFE
FEDERATION, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

      Appellant,

CASE NO. 1D14-2927

v.

DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

      Appellee.

_____/

Opinion filed July 24, 2014.

An appeal from an order of the Division of Administrative Hearings.
Bram D.E. Canter, Judge.

Monica K. Reimer and David G. Guest of Earthjustice, Tallahassee, for Appellant.

Frederick T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., New Port Richey; and George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, for Appellee Suwannee River Water Management District.

PER CURIAM.

     DISMISSED.  See Benton v. Moore, 655 So. 2d 1272 (Fla. 1st DCA 1995).

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.